**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Ana Ardelean<br>      Vasa Ardelean Jr.<br>      aka Vasa Ardelean<br><br>                Debtors | BK NO. 18-05146 RNO<br><br>Chapter 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Bayview Loan Servicing, LLC, a Delaware Limited Liability Company and index same on the master mailing list.

                            Respectfully submitted,

                            **/s/ James C. Warmbrodt, Esquire**
                            James C. Warmbrodt, Esquire
                            KML Law Group, P.C.
                            BNY Mellon Independence Center
                            701 Market Street, Suite 5000
                            Philadelphia, PA  19106
                            215-627-1322