IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:

VASA ARDELEAN, JR. and ) Chapter: 13
ANA ARDELEAN )
) Case Number: 5-18-05146
DEBTOR(S)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 28, 2018, I served a copy of Debtors' Chapter 13 Plan and Certificate of Service on the following parties in this matter:

| Name and Address | Mode of Service |
|---|---|
| Richard Thomas O'Brien, Presidents Bayview Loan Servicing, LLC 4425 Ponce de Leon Blvd., 5th Floor Coral Gables, FL 33146 | Certified Mail, Return Receipt Requested (70180360000124710080) |

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 28, 2018       Name:    /s/Tullio DeLuca
                              (*Printed Name of Attorney*)
                              Address:  381 N. 9th Avenue
                                        Scranton, PA 18504
                                        570-347-7764