IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5-18-05146 |
| VASA ARDELEAN and | : | |
| ANA ARDELEAN | : | |
| Debtor. | : | CHAPTER 13 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VASA ARDELEAN and :
ANA ARDELEAN :
                Movants, :
   vs. :
BAYVIEW LOAN SERVICING, :
BERKHEIMER TAX ADMINISTRATOR, :
GREATER HAZLETON JOINT SEWER :
AUTHORITY, HAZLETON CITY :
AUTHORITY, LUZERNE COUNTY TAX :
CLAIM BUREAU and :
CHARLES J DEHART, III, ESQ. :
                Respondents. :

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **AFFIDAVIT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

We, Vasa and Ana Ardelean, being first duly sworn according to law, do depose and state the following:

We have previously filed a Chapter 13 Voluntary Petition with the United States Bankruptcy Court for the Middle District of Pennsylvania at Case No. 5-17-01820.

Since the dismissal of my Chapter 13 Bankruptcy case, our monthly income has increased, and we are now in a position to resume making the monthly Trustee payments.

Dated: January 16, 2019                 /s/Vasa Ardelean
                                                            VASA ARDELEAN

Dated: January 16, 2019                 /s/Ana Ardelean
                                                            ANA ARDELEAN