Certificate Number: 15317-PAE-DE-032184287

Bankruptcy Case Number: 18-05146


15317-PAE-DE-032184287

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 20, 2019</u>, at <u>8:57</u> o'clock <u>PM PST</u>, <u>Vasa Ardelean</u> completed a course on personal financial management given <u>by telephone</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>January 20, 2019</u>

By: <u>/s/Marissa Bartolome</u>

Name: <u>Marissa Bartolome</u>

Title: <u>Counselor</u>