```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                                  Case No. 18-05146-RNO
Vasa Ardelean, Jr.                                                      Chapter 13
Ana Ardelean
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke          Page 1 of 1          Date Rcvd: Jul 01, 2020
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5162440        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 01 2020 19:52:03
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1873
                                                                                               TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              Lisa    Cancanon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company lisac@w-legal.com
              Tullio    DeLuca    on behalf of Debtor 1 Vasa   Ardelean, Jr. tullio.deluca@verizon.net
              Tullio    DeLuca    on behalf of Debtor 2 Ana   Ardelean tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 6

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:18-bk-05146-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Vasa Ardelean, Jr.
219 S. Cedar St.
Hazleton PA 18201

Ana Ardelean
219 S. Cedar St.
Hazleton PA 18201

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/30/2020.

Name and Address of Alleged Transferor(s):

Claim No. 5: Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146

Name and Address of Transferee:

Atlantica, LLC
Land Home Financial Service
3611 South Harbor Blvd, Suite 100
Santa Ana, CA 92704
Atlantica, LLC
Land Home Financial Service

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/03/20

Terrence S. Miller
**CLERK OF THE COURT**