United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 18-05146-RNO

Vasa Ardelean, Jr.     Chapter 13

Ana Ardelean

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2

Date Rcvd: Nov 23, 2020     Form ID: trc     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5340326 | + | Atlantica, LLC, Land Home Financial Service, 3611 South Harbor Blvd, Suite 100, Santa Ana, CA 92704, Atlantica, LLC Land Home Financial Service 92704-7915 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2020     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com |
| Lisa Cancanon | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company lisac@w-legal.com, Llombardi06@law.du.edu |
| Tullio DeLuca | on behalf of Debtor 1 Vasa Ardelean Jr. tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Debtor 2 Ana Ardelean tullio.deluca@verizon.net |

United States Trustee　　　ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:18-bk-05146-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Vasa Ardelean, Jr.<br>219 S. Cedar St.<br>Hazleton PA 18201 | Ana Ardelean<br>219 S. Cedar St.<br>Hazleton PA 18201 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/20/2020.

Name and Address of Alleged Transferor(s):

Claim No. 5: Atlantica, LLC, Land Home Financial Service, 3611 South Harbor Blvd, Suite 100, Santa Ana, CA 92704, Atlantica, LLC, Land Home Financial Service

Name and Address of Transferee:

Argolica, LLC
Land Home Financial Service
3611 South Harbor Blvd, Suite 100
Santa Ana, CA 92704
Argolica, LLC
Land Home Financial Service

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/25/20

Terrence S. Miller
**CLERK OF THE COURT**