In re:                                                 Case No. 18-05146-HWV

Vasa Ardelean, Jr.                                   Chapter 13

Ana Ardelean

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 26, 2021 | Form ID: nttextS | Total Noticed: 50 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vasa Ardelean, Jr., Ana Ardelean, 219 S. Cedar St., Hazleton, PA 18201-7142 |
| cr | + | Argolica, LLC, 3611 South Harbor Blvd, Suite 100, Santa Ana, CA 92704-7915 |
| 5138812 | + | AmeriFinancial Solutions LLC, PO Box 65018, Baltimore, MD 21264-5018 |
| 5138811 | + | American Med Systems, 1519 Boerrler Rd., Ste. A, Uniontown, OH 44685-8391 |
| 5138814 | + | Arcadia Recovery Bureau, LLC, P.O. Box 6768, Wyomissing, PA 19610-0768 |
| 5375025 | + | Argolica, LLC, Land Home Financial Service, 3611 South Harbor Blvd, Suite 100, Santa Ana, CA 92704, Argolica, LLC Land Home Financial Service 92704-7915 |
| 5375024 | + | Argolica, LLC, Land Home Financial Service, 3611 South Harbor Blvd, Suite 100, Santa Ana, CA 92704-7915 |
| 5340325 | + | Atlantica, LLC, Land Home Financial Service, 3611 South Harbor Blvd, Suite 100, Santa Ana, CA 92704-7915 |
| 5340326 | + | Atlantica, LLC, Land Home Financial Service, 3611 South Harbor Blvd, Suite 100, Santa Ana, CA 92704, Atlantica, LLC Land Home Financial Service 92704-7915 |
| 5138815 | | Bayview Loan Servicing, LLC, P.O. Box 650091, Dallas, TX 75265-0091 |
| 5138817 | | Berkheimer Tax Administrator, P.O. Box 25144, Lehigh Valley, PA 18002-5144 |
| 5138818 | + | Berwick Hospital Center, 701 E. 16th St.,, Berwick, PA 18603-2397 |
| 5152877 | + | Berwick Hospital Center, c/o PASI, PO Box 188, Brentwood, TN 37024-0188 |
| 5138819 | + | Certegy Check Services, Inc, P.O. Box 30046, Tampa, FL 33630-3046 |
| 5138821 | + | Credit Protection, P.O. Box 802068, Dallas, TX 75380-2068 |
| 5138823 | + | Debt Recovery Solutions, LLC, 900 Merchants Concourse, Ste.LL-, Westbury, NY 11590-5142 |
| 5138825 | + | First National Community Bank, 102 East Drinker St., Dunmore, PA 18512-2491 |
| 5138826 | | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 5138827 | + | Foundation Radiology Group, Three Gateway Ctr., 20th Fl, 401 Liberty Ave., Ste. 2000, Pittsburgh, PA 15222-1029 |
| 5168370 | + | Greater Hazleton Joint Sewer Auth, c/o Joseph D Ustynoski Esq, Solicitor, 101 West Broad St Ste 205, Hazleton, PA 18201-6303 |
| 5138828 | + | Greater Hazleton Joint Sewer Authority, 500 Oscar Thomas Drive, P.O. Box 651, Hazleton, PA 18201-0651 |
| 5138829 | | Hazleton City Authority, 400 E. Arthur Gardner Pkwy., Hazleton, PA 18210-7395 |
| 5138830 | + | Hladik, Onorato & Federman, LLP, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 5138831 | + | Intermountain Medical Group, 190 Welles St., Ste. 166, Kingston, PA 18704-4961 |
| 5138832 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5138833 | + | Lehigh Valley Physician Group, P.O. Box 1754, Allentown, PA 18105-1754 |
| 5138836 | + | Luzerne County Tax Claim Bureau, c/o Northeast Revenue Service, 200 N. River St., Wilkes-Barre, PA 18711-1004 |
| 5138841 | | PPL Electric Utilities, 827 Hausman Rd., Allentown, PA 18104-9392 |
| 5160352 | + | Peter O, 305 South Church Street Suite 175, Hazleton, PA 18201-7605 |
| 5138840 | | Porania, LLC, 2003 Western Ave, Seattle, WA 98121-2161 |
| 5138842 | + | Pro Rehabilitation Services, 106 Rotary Drive, West Hazleton, PA 18202-1182 |
| 5138843 | + | Professional Account Svcs., P.O. Box 188, Brentwood, TN 37024-0188 |
| 5138845 | + | Sacred Heart Healthcare System, 421 Chew St., Allentown, PA 18102-3430 |
| 5138846 | + | Safe Home Security, Inc., 1125 Middle St., Middleton, CT 06457-1686 |
| 5138847 | + | Service Electric Cablevision, 380 Maplewood Dr., Hazle Twp, PA 18202-8200 |
| 5138849 | + | Tek Collect, P.O. Box 1269, Columbus, OH 43216-1269 |
| 5138850 | | Ustynoski & Marusak, LLC, 101 W. Broad St., Hazleton, PA 18201-6394 |

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5138816 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 26 2021 19:43:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| 5138820 | + | Email/Text: bdsupport@creditmanagementcompany.com | Mar 26 2021 19:45:00 | Credit Management Co., 2121 Noblestown Rd., Pittsburgh, PA 15205-3956 |
| 5138822 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 26 2021 19:55:39 | CreditOne, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5138824 | + | Email/Text: bankruptcy@fncbinc.com | Mar 26 2021 19:42:00 | First National Collection Bureau, Inc., 610 Waltham Way, Sparks, NV 89437-6695 |
| 5138835 | + | Email/Text: support@ljross.com | Mar 26 2021 19:43:00 | LJ Ross Associates, Inc., 4 Universal Way, Jackson, MI 49202-1455 |
| 5138837 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 26 2021 19:56:46 | LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 5145877 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 26 2021 20:02:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5138838 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 26 2021 19:44:00 | Midland Credit Management, 2365 Northside Drive, Ste. 300, San Diego, CA 92108-2709 |
| 5138975 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 26 2021 19:59:31 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5138844 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 26 2021 19:56:46 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5138848 | | Email/PDF: gecsedi@recoverycorp.com | Mar 26 2021 20:01:01 | Synchrony Bank/Sam's Club, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5138852 | | Email/Text: ebn@vativrecovery.com | Mar 26 2021 19:43:00 | Vativ Recovery Solutions, LLC, As Agent For Palisades Acquisition IX LL., P.O. Box 40728, Sugar Land, TX 77240-0728 |
| 5138853 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 26 2021 19:42:00 | Verizon Bankruptcy Dept., 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5138813 | *+ | Ana Ardelean, 219 S. Cedar St., Hazleton, PA 18201-7142 |
| 5162440 | *+ | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |
| 5138834 | * | Lehigh Valley Physician Group, P.O. Box 1754, Allentown, PA 18105-1754 |
| 5138851 | *+ | Vasa Ardelean, Jr., 219 S. Cedar St., Hazleton, PA 18201-7142 |
| 5138839 | ## | Penn Credit Corp., 916 South 14th Street, P.O. Box 988, Harrisburg, PA 17108-0988 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2021        Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com |
| Lisa Cancanon | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company lcancanon@wbapc.com, Llombardi06@law.du.edu |
| Rebecca Ann Solarz | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 Vasa Ardelean  Jr. tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Debtor 2 Ana Ardelean tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Vasa Ardelean Jr.,
aka Vasa Ardelean,

Chapter        13

**Debtor 1**                                Case No.        5:18−bk−05146−HWV

Ana Ardelean,

**Debtor 2**

---

## Notice

---

A hearing in this matter is currently scheduled for 4/7/2021. Due to the retirement of Judge Opel, this matter has been transferred to Chief Judge Van Eck. Please note that Chief Judge Van Eck does not conduct evidentiary hearings at the time of the confirmation hearing. If is determined that an evidentiary hearing is necessary, it will be scheduled for a future date . (Miscevich, Jennifer)

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: JenniferMiscevich, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 26, 2021 |

Notice Text Entries (Form nttext) (3/20)