UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: VASA ARDELEAN, JR.
AKA: VASA ARDELEAN
ANA ARDELEAN

CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-18-05146-MJC

VASA ARDELEAN, JR.
AKA: VASA ARDELEAN
ANA ARDELEAN

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on June 24, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make Plan payments, specifically, an amount of $16,899.82, due on or before 12/2/2023

As of June 24, 2024, the Debtor(s) is/are $10,899.82 in arrears a plan payment having last been made on April 18, 2024.

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Dated:    June 24, 2024

Respectfully submitted,

/s/   Agatha R. McHale, Esquire
ID: 47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: amchale@pamd13trustee.com

| | |
|---|---|
| IN RE: VASA ARDELEAN, JR.<br>AKA: VASA ARDELEAN<br>ANA ARDELEAN<br><br>Debtor(s)<br><br>JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>Movant | CHAPTER 13<br><br><br><br><br>CASE NO: 5-18-05146-MJC |

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 24, 2024, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>
TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTON PA 18504-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

<u>Served by First Class Mail</u>
VASA ARDELEAN, JR.
ANA ARDELEAN
219 S. CEDAR ST.
HAZLETON PA 18201

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 24, 2024

/s/ Tammy Life
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com