THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

*************************************************************************

| IN RE: | : | CHAPTER 13 |
| VASA AND ANA ARDELEAN | : | |
| | : | |
| Debtor(s) | : | CASE NO. 5-18-05146 |

*************************************************************************

## OBJECTION TO CERTIFICATION OF DEFAULT

*************************************************************************

NOW COMES, Vasa and Ana Ardelan, the above Debtor, by and through their counsel, Tullio DeLuca, Esq., and files this Objection to Certification of Default and states the following:

1. On August 05, 2020, a Motion to Dismiss due to material default was filed.

2. On June 24, 2024, Jack N. Zaharopoulos, Esq. filed a Certificate of Default stating that the Debtor has failed to cure the arrears.

3. Debtor's indicated that they may be in a position within a few weeks to have the remaining balance owed to the Trustee.

4. The Debtor requests that a hearing be scheduled on the Objection to the Certificate of Default.

WHEREFORE, the Debtor respectfully requests that this Honorable Court sustain the Objection to the Certification of Default and deny the dismissal of the Chapter 13 Case.

Respectfully submitted,

Date: June 26, 2024        /s/Tullio DeLuca
                           Tullio DeLuca, Esquire
                           PA ID #59887
                           Counsel for Debtor
                           381 N. 9th Avenue
                           Scranton, Pa 18504

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

*************************************************************************

| | | |
|---|---|---|
| IN IN RE: | : | CHAPTER 13 |
| VASA AND ANA ARDELEAN | : | |
| | : | |
| Debtor(s) | : | CASE NO. 5-18-05146 |

*************************************************************************

## CERTIFICATE OF SERVICE

*************************************************************************

The undersigned hereby certifies that on June 26, 2024, he caused a true and correct copy of Debtor's Objection to Certification of Default to be served Via electronic filing on the following CM/ECF participants:

    Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com

Date of Mailing: June 26, 2024    /s/Tullio DeLuca
    Tullio DeLuca, Esquire