United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Vasa Ardelean, Jr.  
Ana Ardelean  
    Debtors

Case No. 18-05146-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jun 12, 2025      Form ID: 3180W      Total Noticed: 50

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vasa Ardelean, Jr., Ana Ardelean, 219 S. Cedar St., Hazleton, PA 18201-7142 |
| cr | + | Argolica, LLC, 3611 South Harbor Blvd, Suite 100, Santa Ana, CA 92704-7915 |
| 5138811 | + | American Med Systems, 1519 Boerrler Rd., Ste. A, Uniontown, OH 44685-8391 |
| 5375025 | + | Argolica, LLC, Land Home Financial Service, 3611 South Harbor Blvd, Suite 100, Santa Ana, CA 92704, Argolica, LLC Land Home Financial Service 92704-7915 |
| 5375024 | + | Argolica, LLC, Land Home Financial Service, 3611 South Harbor Blvd, Suite 100, Santa Ana, CA 92704-7915 |
| 5340325 | + | Atlantica, LLC, Land Home Financial Service, 3611 South Harbor Blvd, Suite 100, Santa Ana, CA 92704-7915 |
| 5340326 | + | Atlantica, LLC, Land Home Financial Service, 3611 South Harbor Blvd, Suite 100, Santa Ana, CA 92704, Atlantica, LLC Land Home Financial Service 92704-7915 |
| 5138815 | + | Bayview Loan Servicing, LLC, 5225 Crooks Rd, Troy, MI 48098-2823 |
| 5138817 | | Berkheimer Tax Administrator, P.O. Box 25144, Lehigh Valley, PA 18002-5144 |
| 5138818 | + | Berwick Hospital Center, 701 E. 16th St.,, Berwick, PA 18603-2397 |
| 5138821 | + | Credit Protection, P.O. Box 802068, Dallas, TX 75380-2068 |
| 5138823 | + | Debt Recovery Solutions, LLC, 900 Merchants Concourse, Ste.LL-, Westbury, NY 11590-5142 |
| 5138825 | + | First National Community Bank, 102 East Drinker St., Dunmore, PA 18512-2491 |
| 5168370 | + | Greater Hazleton Joint Sewer Auth, c/o Joseph D Ustynoski Esq, Solicitor, 101 West Broad St Ste 205, Hazleton, PA 18201-6303 |
| 5138828 | + | Greater Hazleton Joint Sewer Authority, 500 Oscar Thomas Drive, P.O. Box 651, Hazleton, PA 18201-0651 |
| 5138829 | | Hazleton City Authority, 400 E. Arthur Gardner Pkwy., Hazleton, PA 182010-7395 |
| 5138830 | + | Hladik, Onorato & Federman, LLP, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 5138831 | + | Intermountain Medical Group, 190 Welles St., Ste. 166, Kingston, PA 18704-4961 |
| 5138833 | + | Lehigh Valley Physician Group, P.O. Box 1754, Allentown, PA 18105-1754 |
| 5138839 | + | Penn Credit Corp., 916 South 14th Street, P.O. Box 988, Harrisburg, PA 17104-3425 |
| 5160352 | + | Peter O, 305 South Church Street Suite 175, Hazleton, PA 18201-7605 |
| 5138840 | | Porania, LLC, 2003 Western Ave, Seattle, WA 98121-2161 |
| 5138842 | + | Pro Rehabilitation Services, 106 Rotary Drive, West Hazleton, PA 18202-1182 |
| 5138845 | + | Sacred Heart Healthcare System, 421 Chew St., Allentown, PA 18102-3430 |
| 5138847 | + | Service Electric Cablevision, 380 Maplewood Dr., Hazle Twp, PA 18202-8200 |
| 5138850 | | Ustynoski & Marusak, LLC, 101 W. Broad St., Hazleton, PA 18201-6394 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5138812 | ^ | MEBN | Jun 12 2025 18:37:35 | AmeriFinancial Solutions LLC, PO Box 65018, Baltimore, MD 21264-5018 |
| 5138814 | ^ | MEBN | Jun 12 2025 18:37:40 | Arcadia Recovery Bureau, LLC, P.O. Box 6768, Wyomissing, PA 19610-0768 |
| 5138816 | + | EDI: LCIBAYLN | Jun 12 2025 22:40:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5152877 | + | Email/Text: pasi_bankruptcy@chs.net | Jun 12 2025 18:43:00 | Berwick Hospital Center, c/o PASI, PO Box 188, Brentwood, TN 37024-0188 |
| 5138819 | + | Email/Text: bankruptcy@certegy.com | Jun 12 2025 18:43:00 | Certegy Check Services, Inc, P.O. Box 30046, Tampa, FL 33630-3046 |
| 5138820 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jun 12 2025 18:43:00 | Credit Management Co., 2121 Noblestown Rd., Pittsburgh, PA 15205-3956 |
| 5138822 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 12 2025 18:48:35 | CreditOne, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5138824 |  | Email/Text: bankruptcy@fncbinc.com | Jun 12 2025 18:43:00 | First National Collection Bureau, Inc., 610 Waltham Way, Sparks, NV 89434 |
| 5138826 |  | EDI: AMINFOFP.COM | Jun 12 2025 22:40:00 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 5138832 |  | Email/Text: tullio.deluca@verizon.net | Jun 12 2025 18:43:00 | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504 |
| 5138835 | + | Email/Text: support@ljross.com | Jun 12 2025 18:43:00 | LJ Ross Associates, Inc., 4 Universal Way, Jackson, MI 49202-1455 |
| 5138837 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 12 2025 18:48:37 | LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 5145877 |  | Email/PDF: resurgentbknotifications@resurgent.com | Jun 12 2025 18:48:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5138836 | + | Email/Text: kirshaj@eliterevenue.com | Jun 12 2025 18:43:00 | Luzerne County Tax Claim Bureau, c/o Northeast Revenue Service, 200 N. River St., Wilkes-Barre, PA 18711-1004 |
| 5138838 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 12 2025 18:43:00 | Midland Credit Management, 2365 Northside Drive, Ste. 300, San Diego, CA 92108-2710 |
| 5138841 | ^ | MEBN | Jun 12 2025 18:37:43 | PPL Electric Utilities, 827 Hausman Rd., Allentown, PA 18104-9392 |
| 5138975 | + | EDI: PRA.COM | Jun 12 2025 22:40:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5138843 | + | Email/Text: pasi_bankruptcy@chs.net | Jun 12 2025 18:43:00 | Professional Account Svcs., P.O. Box 188, Brentwood, TN 37024-0188 |
| 5138844 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 12 2025 18:48:36 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5138846 | ^ | MEBN | Jun 12 2025 18:37:40 | Safe Home Security, Inc., 1125 Middle St., Middleton, CT 06457-1686 |
| 5138848 |  | EDI: SYNC | Jun 12 2025 22:40:00 | Synchrony Bank/Sam's Club, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5138849 | + | Email/Text: Bankruptcy@TekCollect.com | Jun 12 2025 18:43:00 | Tek Collect, P.O. Box 1269, Columbus, OH 43216-1269 |
| 5138852 |  | Email/Text: ebn@vativrecovery.com | Jun 12 2025 18:43:00 | Vativ Recovery Solutions, LLC, As Agent For Palisades Acquisition IX LL, P.O. Box 40728, Sugar Land, TX 77240-0728 |
| 5138853 | + | EDI: VERIZONCOMB.COM | Jun 12 2025 22:40:00 | Verizon Bankruptcy Dept., 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| | | |
| --- | --- | --- |
| 5138813 | *+ | Ana Ardelean, 219 S. Cedar St., Hazleton, PA 18201-7142 |
| 5162440 | *+ | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1837 |
| 5138834 | * | Lehigh Valley Physician Group, P.O. Box 1754, Allentown, PA 18105-1754 |
| 5138851 | *+ | Vasa Ardelean, Jr., 219 S. Cedar St., Hazleton, PA 18201-7142 |
| 5138827 | ##+ | Foundation Radiology Group, Three Gateway Ctr., 20th Fl, 401 Liberty Ave., Ste. 2000, Pittsburgh, PA 15222-1029 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2025          Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com |
| Lisa Cancanon | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company Lisa.Cancanon@lgbs.com, Llombardi06@law.du.edu |
| Tullio DeLuca | on behalf of Debtor 1 Vasa Ardelean Jr. tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Debtor 2 Ana Ardelean tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Vasa Ardelean Jr. | Social Security number or ITIN xxx–xx–2009 |
| | First Name   Middle Name   Last Name | EIN  __-_____ |
| Debtor 2 (Spouse, if filing) | Ana Ardelean | Social Security number or ITIN xxx–xx–7853 |
| | First Name   Middle Name   Last Name | EIN  __-_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:18-bk-05146-MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Vasa Ardelean Jr.
aka Vasa Ardelean

Ana Ardelean

6/12/25

**By the court:**

_[signature]_

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**