United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Vasa Ardelean, Jr.

Ana Ardelean

    Debtors

Case No. 18-05146-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke          Page 1 of 2

Date Rcvd: Apr 15, 2026        Form ID: fnldec         Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2026:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db/jdb | + Vasa Ardelean, Jr., Ana Ardelean, 219 S. Cedar St., Hazleton, PA 18201-7142 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2026          Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company denise.carlon@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com |
| Lisa Cancanon | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company Lisa.Cancanon@lgbs.com, Llombardi06@law.du.edu |
| Tullio DeLuca | on behalf of Debtor 1 Vasa Ardelean  Jr. tullio.deluca@verizon.net |

District/off: 0314-5

Date Rcvd: Apr 15, 2026

User: AutoDocke

Form ID: fnldec

Page 2 of 2

Total Noticed: 1

Tullio DeLuca

on behalf of Debtor 2 Ana Ardelean tullio.deluca@verizon.net

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

In re:

Vasa Ardelean Jr.,                                              Chapter         13
aka Vasa Ardelean,

      **Debtor 1**                                   Case No.        5:18–bk–05146–MJC

Ana Ardelean,

      **Debtor 2**


Social Security No.:

              xxx–xx–2009                xxx–xx–7853

Employer's Tax I.D. No.:


# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

          **Jack N Zaharopoulos**


is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

      By the Court,

      Mark J. Conway, United States Bankruptcy Judge

      Dated:  April 15, 2026

**fnldec** (01/22)